### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) ) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF |

**IN RE:  YASMIN AND YAZ (DROSPIRENONE)** )  **3:09-md-02100-DRH-PMF**
**MARKETING, SALES PRACTICES AND** )
**PRODUCTS LIABILITY LITIGATION** )  **MDL No. 2100**
)

**This Document Relates To:**

*April Giles v. Bayer Schering Pharma AG, et al.*     No. 3:10-cv-13081-DRH-PMF

*Sharon Leleaux v. Bayer Schering Pharma AG, et al.*     No. 3:10-cv-13080-DRH-PMF

*Lindsey Mason v. Bayer Schering Pharma AG, et al.*     No. 3:10-cv-13078-DRH-PMF

*Tammy Pittman v. Bayer Schering Pharma AG, et al.*     No. 3:10-cv-13074-DRH-PMF

*Nena Pratt v. Bayer Schering Pharma AG, et al.*     No. 3:10-cv-13077-DRH-PMF

### <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION  BY  COURT.**    These  matters  are  before  the  Court  for  the purpose of docket control.

**IT  IS  HEREBY  ORDERED  AND  ADJUDGED**  that  pursuant  to  the Stipulations of Dismissal filed on February 13, 2015, the above captioned cases

are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:**  __/s/*Cheryl A. Ritter*__
**Deputy Clerk**

Date: February 17, 2015

Digitally signed by
David R. Herndon
Date: 2015.02.17
16:29:21 -06'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT